# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY as subrogee of JAMES MICHAEL HOWARD, INC. <br> 1100 Locust Street <br> Des Moines, IA 50391-1100 <br><br> Plaintiffs, <br><br> -vs- <br><br> DUPRE LOGISTICS, LLC <br> 201 Energy Pkwy, Ste 500 <br> Lafayette, LA, 70508 <br><br> and <br><br> V & M TRANSPORT <br> 6012 Carpenter Ave. <br> North Hollywood, CA 91606 <br><br> Defendants. | CASE NO. _____ <br><br> JUDGE: _____ <br><br> **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441(a) and (b) and §1446, Defendant Dupre Logistics, LLC ("Dupre Logistics") through its counsel, hereby respectfully files and serves this Notice of Removal to remove this action from the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida to this Court based upon the following:

1.      On or about December 18, 2023, Plaintiff Allied Property and Casualty Insurance Company as subrogee of James Michael Howard, Inc. ("Plaintiff") filed a Complaint and Demand for Jury Trial (the "Complaint") in the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida, which matter was captioned *Allied Property and Casualty Insurance Company as subrogee of James Michael Howard, Inc. v. Dupre Logistics, LLC, et al.*, Case No. 2023-CA-011796-XXXX (the "State Court Action").

23615906 v1

2. True and accurate copies of the Complaint, Cover Sheet, Summons to V & M Transport, Summons to Dupre Logistics, LLC, Order Setting Case Management Plan for Non-Complex Cases, and Summons Returned Executed are attached hereto as **EXHIBITS A, B, C, D, E, and F**. No other process, pleadings or orders have been served upon Dupre Logistics.

3. The Complaint was served upon Dupre Logistics on December 26, 2023 and has not yet been served upon Defendant V & M Transport. Therefore, this Notice of Removal is timely filed with this Court within thirty (30) days after service of the Summons and Complaint on Dupre Logistics.

4. Based upon the allegations in the Complaint, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), pursuant to 28 U.S.C. § 1337 (federal commerce question jurisdiction), pursuant to 49 U.S.C. §§ 11706, 14706 (the "Carmack Amendment"), and pursuant to 28 U.S.C. §1332 (diversity of citizenship jurisdiction).

5. As to diversity of citizenship jurisdiction removal of this action is proper in as much as:

(a) Plaintiff's Complaint alleges that Plaintiff is a foreign corporation with a principal place of business in Des Moines, Iowa (Compl. ¶ 1);

(b) Plaintiff's Complaint alleges that subrogor James Michael Howard, Inc. is a Florida corporation with a principal place of business in Jacksonville, Florida (*Id.* ¶ 2);

(c) Defendant Dupre Logistics, LLC is a foreign corporation with a principal place of business in Lafayette, Louisiana;

(d) Plaintiff's Complaint alleges that V & M Transport is a foreign corporation with a principal place of business in California (*Id.* ¶ 4);

23615906 v1

  (e) Plaintiff seeks relief in excess of $75,000.00, claiming alleged damages of $77,600.00 (*See id.* ¶¶ 21, 45).

6. As to federal question jurisdiction and federal commerce question jurisdiction pursuant to the Carmack Amendment, removal of this action is proper inasmuch as:

  (a) As alleged in the Complaint, James Michael Howard, Inc. ("JMH") engaged Dupre Logistics to arrange for the transport of bunk beds (the "Cargo") from Jacksonville, Florida to Southampton, New York (*Id*. ¶ 10);

  (b) As alleged in the Complaint, Dupre Logistics contracted with V & M Transport to transport the Cargo (*Id*.);

  (c) Plaintiff alleges that actual loss or injury to the Cargo occurred while the Cargo was being transported from Florida to New York and that Defendants caused the loss or damage;

  (d) The Carmack Amendment preempts completely Plaintiff's common law claims against Defendants; and

  (e) Plaintiff seeks damages against Defendants for loss or injury to the Cargo in an amount not less than $77,600.00. Accordingly, the $10,000.00 amount in controversy requirement for removal of Carmack Amendment claims under 28 U.S.C. § 1445(b) is satisfied.

7. V & M Transport is not required to consent to the removal of this action because it has not been served with the Complaint and Demand for Jury Trial. Counsel for Dupre Logistics nonetheless contacted V & M Transport and obtained its consent to removal.

23615906 v1

8.  Dupre Logistics has given written notice to Plaintiff of this Removal and will promptly file a copy of this Notice in the State Court Action as required by 28 U.S.C. § 1446(d). A copy of the Notice to be filed with the State Court is attached hereto as **EXHIBIT G**.

WHEREFORE, Defendants respectfully request that the State Court Action be removed from the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida, to this Court.

| | |
|---|---|
| **OF COUNSEL:**<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | Respectfully submitted,<br><br>*/s/ Justin M. Lovdahl*<br>JUSTIN M. LOVDAHL (FL No. 1008836)<br>ERIC LARSON ZALUD (*pro hac vice forthcoming*)<br>CLARE R. TAFT (*pro hac vice forthcoming*)<br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br>127 Public Square, Suite 4900<br>Cleveland, Ohio  44114<br>Telephone:  (216) 363-4500<br>Facsimile:  (216) 363-4588<br>Email: jlovdahl@beneschlaw.com<br>          ezalud@beneschlaw.com<br>          ctaft@beneschlaw.com<br><br>*Attorneys for Defendant Dupre Logistics, LLC* |

23615906 v1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Notice of Removal was served by First Class U.S. Mail, postage prepaid, this 12th day of January, 2024 upon:

Joseph C. Proulx
GOLDEN ALBINSON PROULX
410 South Ware Blvd., Suite 806
Tampa, FL 33619
*Attorney for Plaintiff*

V & M Transport
6012 Carpenter Ave.
North Hollywood, CA 91606

*/s/ Justin M. Lovdahl*
Justin M. Lovdahl

23615906 v1