United States District Court
Middle District of Florida
Jacksonville Division

**ALLIED PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**

    *Plaintiff,*

v.                                   **NO. 3:24-CV-46-MMH-PDB**

**DUPRE LOGISTICS, LLC,**
**AND V & M TRANSPORT,**

    *Defendants.*

---

## Order

    Dupre Logistics moves for leave to serve its crossclaim against V & M Transport through the California Secretary of State and to extend the time to serve process. Doc. 48.

    According to an affidavit by Dupre Logistics' lawyer, V & M Transport is a suspended California corporation. Doc. 48-1 ¶ 6; Doc. 48-1 at 5. V & M Transport recorded with the California Secretary of State "Araksya Khumaryan" as its agent and "1111 La Boice Dr., Glendale, CA 91205," as its principal and mailing address. Doc. 48-1 ¶¶ 7, 8; Doc. 48-1 at 5. On February 17, 2025, at 5:43 p.m., a process server went to the La Boice address. Doc. 48-1 at 7. A resident at the La Boice address did not speak English. Doc. 48-1 at 7. Neighbors "translate[d] and said [the] subject no[] longer lives at this location." Doc. 48-1 at 7. Before and after that service attempt, a paralegal researched databases on Lexis and Westlaw to try to find an address for Khumaryan and found only the La Boice address. Doc. 48-1 ¶ 10. The paralegal also unsuccessfully used Google to search for V & M Transport, its website, or any social media for V & M Transport. Doc. 48-1 ¶ 11. The lawyer avers, "Dupre

has conducted an extensive search to find a valid address at which to serve [V & M Transport] but has been unable to find such an address." Doc. 48-1 ¶ 12.

Dupre Logistics does not identify any officer of V & M Transport. *See* Docs. 48, 48-1. In the complaint, Allied Property identifies V & M Transport by its United States Department of Transportation Number (2955752) and states its principal place of business is "6012 Carpenter Ave., North Hollywood, CA 91606." Doc. 4 ¶ 4; *see also* Fed. Motor Carrier Safety Adm., Co. Snapshot, https://safer.fmcsa.dot.gov/CompanySnapshot.aspx (search "2955752").

The motion, Doc. 48, is **granted in part** and **denied in part**. The motion is granted to the extent the deadline to serve process on V & M Transport is extended to **April 25, 2025**. The motion is denied to the extent Dupre Logistics requests leave to serve its crossclaim against V & M Transport through the California Secretary of State. The denial is without prejudice to renewing the motion with an affidavit showing (1) the grounds for the statement, "Dupre has conducted an extensive search to find a valid address at which to serve [V & M Transport] but has been unable to find such an address," Doc. 48-1 ¶ 12; and (2) that process cannot be served with "reasonable diligence … upon the corporation in the manner provided in subdivision (a), (b), or (c) of Section 416.10 or subdivision (a) of Section 416.20 of the Code of Civil Procedure[.]" *See* Cal. Corp. Code § 1702(a) (quoted).

**Ordered** in Jacksonville, Florida, on March 14, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*