United States District Court
Middle District of Florida
Jacksonville Division

**ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY,**

    *Plaintiff,*

v.                                                                    NO. 3:24-CV-46-MMH-PDB

**DUPRE LOGISTICS, LLC,
AND V & M TRANSPORT,**

    *Defendants.*

---

# Order

Dupre Logistics, LLC's motion for entry of default against V & M Transport, Doc. 53, is **denied without prejudice**. Dupre Logistics relies on Rule "4(e)(1)(B)," Federal Rules of Civil Procedure, Doc. 53 at 3, but no Rule 4(e)(1)(B) exists.

Rule 4(h), which governs service of process on a corporation or an unincorporated association, provides:

> Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation, or a partnership or other unincorporated association that is subject to suit under a common name, must be served:
>
> (1) in a judicial district of the United States:
>
> (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or
>
> (B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process

>and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant[.]

Fed. R. Civ. P. 4(h)(1). Under Rule 4(e)(1), an individual may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made[.]"

Dupre Logistics cites no Florida or California law, much less Florida or California law permitting service on a corporation or an unincorporated association by handing process to an adult at an officer or agent's dwelling. *See* Doc. 53 at 3–4.

The deadline to serve process on V & M Transport is extended to **May 30, 2025**.

**Ordered** in Jacksonville, Florida, on April 28, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*